**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**STANLEY FLOREK,**

                    **Plaintiff,**

            **v.**                                  1:08-CV-0919

**COMMISSIONER OF SOCIAL SECURITY,**

                    **Defendant.**
_____

**APPEARANCES:**                             **OF COUNSEL:**

**FOR THE PLAINTIFF:**

MARGOLIUS LAW OFFICE             PETER M. MARGOLIUS, ESQ.
7 Howard Street
Catskill, New York 12414


**FOR THE DEFENDANT:**

HON. ANDREW T. BAXTER            JOHN M. KELLY, ESQ.
Acting United States Attorney            Special Assistant U.S. Attorney
Northern District of New York
P. O. Box 7198
100 S. Clinton Street
Syracuse, New York 13261-7198

SOCIAL SECURITY ADMINISTRATION    MARY ANN SLOAN, ESQ.
Office of the General Counsel             Acting Chief Counsel
Region II
26 Federal Plaza - Room 3904
New York, New York 10278

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

## ORDER

    The above matter comes to me following a Report-Recommendation by Magistrate Judge

David E. Peebles, duly filed on the 5th day of October 2009. Following ten days from the service

thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Defendant's motion for judgment on the pleadings is granted, the Commissioner's determination of no disability is affirmed, and plaintiff's complaint is dismissed in all respects.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: October 21, 2009
Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge

2