# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**STANLEY FLOREK**

    vs.                                      **CASE NUMBER: 1:08-cv-919**
                                                                           (NAM/DEP)

**COMMISSIONER OF SOCIAL SECURITY**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**  that the October 5, 2009  Report and Recommendation of Magistrate Judge David E. Peebles is adopted in its entirety.  The Commissioner's determination of no disability is AFFIRMED, and Plaintiff's Complaint is DISMISSED.  Judgment is hereby entered in favor of the Commissioner and this action is closed.

All of the above pursuant to the Order of the Honorable Chief District Judge Norman A. Mordue, dated the 21st day of October, 2009.

DATED: October 21, 2009

                                                               *Lawrence K. Baerman*
                                                               Clerk of Court

                                                          s/
                                                        Melissa Ennis
                                                        Deputy Clerk